UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE ) <br> COMPANY, and NATIONWIDE ) <br> PROPERTY& CASUALTY INSURANCE ) <br> COMPANY ) <br>         Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> KEVIN P. CREASMAN, KANDY M. ) <br> CREASMAN, HOLLY CREASMAN and ) <br> TYLER CREASMAN ) <br>         Defendants. ) | **JUDGMENT** <br><br> No. 5:18-CV-384-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for review of status reports submitted by the parties.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 27, 2020, and for the reasons set forth more specifically therein, and the court having received no response from the parties, this case is DISMISSED with prejudice.

**This Judgment Filed and Entered on March 11, 2020, and Copies To:**
George L. Simpson, IV (via CM/ECF Notice of Electronic Filing)
Adam Lewis Ross (via CM/ECF Notice of Electronic Filing)

March 11, 2020                      PETER A. MOORE, JR., CLERK

                                            /s/ Sandra K. Collins
                                            (By) Sandra K. Collins, Deputy Clerk